UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND *et al.*, <br>　　　　　　　　　　Petitioners, <br><br>　　　　　-v- <br><br>RNW ELECTRIC CORP., <br>　　　　　　　　　　Respondent. | 22-CV-8232 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

　　Respondent was served on September 29, 2022. However, no appearance has been entered on Respondent's behalf, and no response to the petition to confirm arbitration has been filed in the allotted time.

　　If Respondent fails to file an appearance and respond by November 25, 2022, the petition to confirm arbitration shall be treated as unopposed.

　　Petitioner is directed to serve a copy of this order by mail on Respondent.

　　SO ORDERED.

Dated: November 9, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge