**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                    Petitioners,                    22 **CIVIL** 8232 (JPO)

     -against-                              **<u>JUDGMENT</u>**

RNW ELECTRIC CORP.,

                    Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 25, 2023, Petitioners' petition to confirm the Arbitration Award is GRANTED. Judgment is entered in favor of Petitioners in the amount of $18,341.48, plus interest at the annual rate of 5.5% from July 25, 2022 (the date of the arbitration award), in the amount of $757.28, attorney's fees in the amount of $467.50, costs in the amount of $77.00, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
          April 25, 2023

                                                            **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                           **BY:**      *K. Mango*

                                                                **Deputy Clerk**